IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>          **Plaintiff,**                     )<br>                                                    )<br>     vs.                                         )<br>                                                    )<br>JOHN RAY MONIZ and         )<br>SHERRY MONIZ DUEY,        )<br>                                                    )<br>          **Defendants.**                )  | 8:05CR342<br><br><br><br>ORDER |

    A hearing on all pending motions is scheduled before the undersigned magistrate judge at **9:00 a.m. on December 30, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
>     (a)   **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
>     (b)   **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge.

Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

    This being a criminal case, defendants must be present unless otherwise ordered by the court.

    DATED this 29th day of November, 2005.

                                                           BY THE COURT:

                                                          s/ Thomas D. Thalken
                                                          United States Magistrate Judge