IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR342 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MAURICE ELLIS BLACKBIRD, | ) | |
| MARCEL ELMER BLACKBIRD, | ) | |
| JOHN RAY MONIZ and | ) | |
| SHERRY MONIZ DUEY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant John Ray Moniz (Moniz) for an extension of time in which to file a brief in support of his motions (Filing No. 66). The hearing on the motions is scheduled for December 30, 2005. Moniz's motion (Filing No. 66) is granted. Moniz shall have to on or before December 19, 2005, in which to file his brief in this matter.

**IT IS SO ORDERED.**

DATED this 2nd day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge