**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR342 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| **JOHN RAY MONIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant John Ray Moniz (Moniz) to withdraw (Filing No. 68) his motion to dismiss (Filing No. 55).

**IT IS ORDERED** that Moniz's motion to withdraw (Filing No. 68) is granted. The motion to dismiss (Filing No. 55) is deemed withdrawn. The clerk will term on the docket the motion to dismiss (Filing No. 55).

DATED this 19th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge