IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )       8:05CR342
                               )
     v.                        )
                               )
JOHN MONIZ,                    )       ORDER
                               )
          Defendant.           )
_____)
```

　　　　The Court has been advised defendant wishes to enter a plea. Accordingly,

　　　　IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Wednesday, May 10, 2006, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

　　　　DATED this 5th day of May, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　　United States District Court